VOLUNTARY PETITION (Form 1a)

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT of PENNSYLVANIA

| | VOLUNTARY PETITION |
|---|---|

IN RE (Name of debtor used if individual, enter: Last, First, Middle)

**BERLOW, BERNARD R.**

ALL OTHER NAMES used by the debtor in the last 6 years
(include married, maiden, and trade names)

NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)

**BERLOW, SARINA C.** #1

ALL OTHER NAMES used by the joint debtor in the last 6 years
(include married, maiden, and trade names)

SOC. SEC./TAX I.D. No. (if more than one, state all)
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 /

SOC. SEC./TAX I.D. No. (if more than one, state all)
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 /

STREET ADDR. OF DEBTOR (Street No., City, State, and Zip Code)
338 COLUMBIA AVENUE
P.O. BOX 318
PALMERTON, PA 18071

County of Residence or
Principal Place of Business
CARBON

STREET ADDR. OF DEBTOR (Street No., City, State, and Zip Code)
338 COLUMBIA AVENUE
P.O. BOX 318
PALMERTON, PA 18071

County of Residence or
Principal Place of Business
CARBON

MAILING ADDRESS of DEBTOR (if different from street address)

MAILING ADDRESS of DEBTOR (if different from street address)

LOCATION of PRINCIPAL ASSETS of BUSINESS DEBTOR
(if different from addresses listed above)

### VENUE (Check one box)

☒ Debtor has been domiciled or had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a Bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

TYPE OF DEBTOR (Check one box)
- ☐ Individual
- ☒ Joint (Husband & Wife)
- ☐ Partnership
- ☐ Other:
- ☐ Corporation Publicly Held
- ☐ Corporation Not Publicly Held
- ☐ Municipality

NATURE OF DEBT (Check one box)
- ☒ Non-Business/Consumer
- ☐ Business-Complete A & B below

A. TYPE OF BUSINESS (Check one box)
- ☐ Farming
- ☐ Professional
- ☐ Retail/Wholesale
- ☐ Railroad
- ☐ Transportation
- ☐ Manufacturing/Mining
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Construction
- ☐ Real Estate
- ☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13
- ☐ Sec 304-Case Ancillary to Foreign Proceeding

SMALL BUSINESS (Chapter 11 only)
- ☐ Debtor is a small business as defined in 11 U.S.C.§ 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C.§ 112

FILLING FEE (Check one box)
- ☐ Filing fee attached
- ☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. See Rule 1006(b).

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY

**5 00 04223**

Telephone No.

Name(s) of Attorney(s) Designated to Represent the DEBTOR

☒ Debtor is not represented by an attorney | Debtor Phone Number:

### STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)
(Estimates only) (Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

ESTIMATED ASSETS (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

ESTIMATED LIABILITIES (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

EST. NO. OF EMPLOYEES - CH 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-499 | 500-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

EST. NO. OF EQUITY SECURITY HOLDERS CH 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-499 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE FOR COURT USE ONLY

FILED
SCRANTON, PA
2000 NOV 29 PM 1:12
U.S. BANKRUPTCY COURT

FORM 1A. VOLUNTARY PETITION

Form Created by JUFGA
Phone (800) 944-4437

EXHIBIT "A"

In Re. **BERLOW, BERNARD R.**
DEBTOR

Case No. _____
(If known)

## FILING OF PLAN

For Chapter 9, 11, 12, and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated is attached.

☒ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet.)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | Case District | Judge |

### REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

#### Attorney

X _____     _____
Signature of Attorney                          Date

#### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct

X _____
Signature of Debtor

X 1/24/00
DATE:

X _____
Signature of Joint Debtor

X 11/24/00
Date

#### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

X _____
Print or Type Name of Authorized Individual

X _____
Title or Individual Authorized by Debtor to File this Petition

X _____
Date
If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition

#### TO BE COMPLETED BY AN INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____     X _____
Signature of Debtor                              Date

X _____     X _____
Signature of Joint Debtor                      Date

#### EXHIBIT "B" (To be completed by attorney for the individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

X _____     X _____
Signature of Attorney                            Date

FORM 1A VOLUNTARY PETITION - continuation

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address                                          Tel. no.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

A Bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both
11 U.S.C. 110, 18 U.S.C. 156

Form Created by d. FOA
Phone 800.344.4407

MIDDLE DISTRICT of PENNSYLVANIA

In Re. BERLOW, BERNARD R

BERLOW, SARINA C
Debtor

Case No. 5 0004223

Chapter THIRTEEN

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes comsumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

a. *Property to Be Surrendered.*

| Description of Property | Creditor' name |
|---|---|
| 1. 116 W RIDGE | CITIZENS |
| 2. 116 W RIDGE | WILLIAM MCDONALD |
| 3. TANGLWOOD | TANGLWOOD RESORT |

b. *Property to Be Retained.* [Check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.]

| Description of property | Creditor's name | Debt will be reaffirmed pursuant to § 524(c) | Property is claimed as exempt and will be redeemed pursuant to § 722 | Lien will be avoided prusuant to § 522(f) and property will be claimed as exempt |
|---|---|---|---|---|
| 1. 338 COLUMBIA | SOVEREIGN BANK | X | | |
| 2. 120-122 LAFAYETTE | FIRST NATIONAL BANK | X | | |
| 3. 338 COLUMBIA | HOMECOMINGS | X | | |
| 4. 468 LEHIGH | HOMECOMINGS | X | | |
| 5. 470 LEHIGH | MONEY STORE | X | | |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date _____

_____
Signature of Debtor

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankrupcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or typed Name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form form each person.

X _____
Signature of Bankruptcy Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or inprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

STATEMENT OF INTENTION

Form Created by eLEGAL
Phone (800) 1-44-1-07

Form 8. CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION Attached Sheet

Debtor Name BERLOW,BERNARD R                    Case No.5 0004223

a. Property to Be Surrendered
   Description of Property                 Creditor's Name


b. Property to Be Retained

|                          |                    | Debt be     | claimed    | Lien will be |
| Description of Property  | Creditor's Name    | reaffirmed  | as exempt  | avoided      |
| ------------------------ | ------------------ | ----------- | ---------- | ------------ |
| 75 BEECHAY               | HOUSEHOLD          | X           |            |              |
| 303 GLEN ECHO            | HOUSEHOLD          | X           |            |              |
| KIHEI BAY                | GE CAPITAL         | X           |            |              |
| 571 HAZARD               | CITIZENS           | X           |            |              |
| 633 HAZARD               | CITIZENS           | X           |            |              |
| 555-561 HAZARD           | EQUITY ONE         | X           |            |              |
| 507 E BERTSCH            | CITIZENS           | X           |            |              |
| 749 EDGEMONT             | DUBOSKY            | X           |            |              |
| 107 W RAILROAD           | CITIZENS           | X           |            |              |
| 119 W RAILROAD           | CITI FINANCIAL     | X           |            |              |
| 208 HAZARD ST            | CARBON COUNTY TAX  | X           |            |              |
| 879 EDGEMONT             | DELTA              | X           |            |              |
| WOLF CREEK               | NONE               | X           |            |              |
| 153 SNOW HILL            | FIRST UNION        | X           |            |              |
| 268 LEHIGH               | CITI FINANCIAL     | X           |            |              |
| 511 E BERTSCH            | DELTA              | X           |            |              |
| STOCK FTU                | CITIZENS           | X           |            |              |
| STOCK 69 FTU             | CITIZENS           | X           |            |              |
| COMPUTER                 | CITIZENS           | X           |            |              |
| CAR                      | CITIZENS           | X           |            |              |

MIDDLE DISTRICT of PENNSYLVANIA

In Re. BERLOW, BERNARD R          Case No. 5  0004223
BERLOW, SARINA C          Chapter THIRTEEN
_____Debtor_____

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if know), and the number of the question.

### DEFINITIONS

"In Business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

To distinguish Husband(H), Wife(W), Joint(J), or Community(C) precede the answer with appropriate symbol. Example: (H)$5000.

None  1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS
☐ State the gross amount of income the debtor has received from employment, trade, or professional, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amount received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or 13 must state income for both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| AMOUNT | | | SOURCE (if more than one) |
|--------|--------|--------|---------------------------|
| 50000 | 2000 | | SALARY, NET REAL ESTATE |
| 85000 | 01/01/99 | 12/31/99 | SALARY, REAL ESTATE, BBA |
| 65000 | 01/01/98 | 12/31/98 | SALARY, REAL ESTATE, BBA |

Form Created by dLEGAL
Phone (817) 840-0011

None
**X**
**2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than from employment, trade, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

None
**X**
**3. PAYMENTS TO CREDITORS**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAYMENTS | AMOUNT STILL OWING |
|---|---|---|---|
| *Normal Mortgage Payments To Citimort.* | | | |

None
**X**
b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAYMENTS | AMOUNT STILL OWING |
|---|---|---|---|
| *N/A* | | | |

None
**X**
**4. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS**

a. List suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *01-1001843  10/13/01* | *$50.00 —* | *401 302* | *Pro* |
| *01-000194  4/27/01* | *$5.00 —* | *57 302* | *Pro* |
| *99-2371  6/21/00* | *$10.45* | *Carbon Comm Pleas* | |
| *Foreclosure Process Started On Secured Properties* | | | |

FORM 7. STATEMENT OF FINANCIAL AFFAIRS (continuation)    2

Form Created by eLEGAL
Phone (xxx)xxx-xxxx

None
X b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

None
X 5. REPOSSESSIONS, FORECLOSURES AND RETURNS

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OR REPOSSESSION, FORECLOSURE SALE, TRANSFER, OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| NONE | | |

None
X 6. ASSIGNMENTS AND RECEIVERSHIPS

a. Describe any assignments or property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| NONE | | |

None
X b. List all property which has been in the hands of a custodian, receiver, or court-appointed officer within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |
| NONE | | | |

FORM 7B. STATEMENT OF FINANCIAL AFFAIRS (continuation) 3

Form Created by dLPDA

None
[X] 7. GIFTS

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| None | | | |

None
[X] 8. LOSSES

List all losses from fire, theft, other causualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| None | | |

None
[X] 9. PAYMENTS RELATING TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OR PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OR PROPERTY |
|---|---|---|
| None | | |

None
[X] 10. OTHER TRANSFERS

a. List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| None | | |

FORM 7C. STATEMENT OF FINANCIAL AFFAIRS (continuation) 4

Form Created by: BLEGA
Phone: (410) 252-2911

**None**
**X** 11. CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit which the debtor were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerages house and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Keytone | Checking 4256 252 6 750+24 475-01526 2 | 6/14/0 50 |

**None**
**X** 12. SAFE DEPOSIT BOXES

List all safe deposit or other box or depository in which the debtor has or has had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| NONE | | | |

**None**
**X** 13. SET OFFS

List all set-offs made by any creditors, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS | DATE OF SET-OFF | AMOUNT OF SET-OFF |
|---|---|---|
| NONE | | |

**None**
**X** 14. PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| None | | |

FORM 7D. STATEMENT OF FINANCIAL AFFAIRS (continuation) 5

Form Created by eLawForms
Phone: 800-XXX-XXXX

None
X 15. PRIOR ADDRESS OF DEBTOR

If the debtor has moved within the two years immediately preceding the commencement of the case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                NAME USED                          DATES OF OCCUPANCY

                    N/A

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

None
X 16. NATURE, LOCATION AND NAME OF BUSINESS

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

NAME AND ADDRESS                        NATURE OF BUSINESS              BEGINNING AND ENDING
                                                                        DATES OF OPERATION

Clarity Ent Technologies              Computer Sales                   1986 - 2000
Buckman, Green & Associates           Consulting                       1989 - 2001
105 Delaware Ave
Prewick, PA 18071

None
X 17. BOOKS, RECORDS AND FINANCIAL STATEMENTS

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                       DATES SERVICES RENDERED
                    none

None
X b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                                       DATES SERVICES RENDERED
                    none

FORM 7E. STATEMENT OF FINANCIAL AFFAIRS (continuation) 6

Form Created by eLEGA.
Phone (412) 240-0311

None
[X] c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                ADDRESS

*none*

None
[X] d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

*none*

None
[X] 18. INVENTORIES
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                 (Specify cost, market or other basis)

*N/A*

None
[X] b. List the name and address of the person having posession of the records of each of the two inventories reported in the above.

DATE OF INVENTORY                                  NAME AND ADDRESS OF CUSTODIAN
                                                    OF INVENTORY RECORDS

*N/A*

None
[X] 19. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

*N/A*

FORM 7F. STATEMENT OF FINANCIAL AFFAIRS (continuation) 7

**None [X]** b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| N/A | | |

**None [X]** 20. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| N/A | |

**None [X]** b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| N/A | | |

**None [X]** 21. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

FORM 7G. STATEMENT OF FINANCIAL AFFAIRS (continuation) 8

Form Created by dEFOA
Phone (412) 245-0041

MIDDLE DISTRICT of PENNSYLVANIA

In Re. BERLOW, BERNARD R
BERLOW, SARINA C

Case No. 5 0004223

Chapter THIRTEEN

Debtor

*(if completed by an individual or individual and spouse)*

I declare under penalty of purjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                     of Debtor

Date _____          Signature   *Sirina C. Berlow*
                                     of joint Debtor
                                     (if any)

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankrupcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form form each person.

X _____          _____
Signature of Bankruptcy Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or inprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*(if completed on behalf of a partnership or corporation)*

I declare under penalty of purjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                     _____
                                     Print Name and Title

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

*Penalty of making a false statement: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

_____0_____ continuation sheets attached

STATEMENT OF FINANCIAL AFFAIRS DECLARATION

Form Created by dLFORM
Elaine Fibb, Inc.

**MIDDLE** DISTRICT of **PENNSYLVANIA**

In Re.  **BERLOW, BERNARD R**
     **BERLOW, SARINA C**
     <sub>Debtor</sub>

Case No. **5 0004223**
Chapter **THIRTEEN**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PURJURY BY INDIVIDUAL DEBTOR

I declare under penalty of purjury that I have read the forgoing summary and schedules, consisting of _____ **27** _____ sheets, and that they are correct to the best of my knowledge, information and belief.

(TOTAL SHOWN ON
SUMMARY PAGE PLUS 1)

Date _____

Signature _____

DEBTOR

Date _____

Signature _____
     JOINT DEBTOR (IF ANY)
(If joint case, both spouses sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)

I certify that I am a bankrupcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or typed Name of Bankruptcy Petition Preparer

Social Security No.

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form form each person.

X _____
Signature of Bankruptcy Preparer

Date _____

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or inprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PURJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in the case, declare under penalty of purjury that I have read the forgoing summary and schedules, consisting of _____ sheets, and that they are correct to the best of my knowledge, information and belief.

(TOTAL SHOWN ON
SUMMARY PAGE PLUS 1)

Date _____

Signature _____

(Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

DECLARATION CONCERNING DEBTOR'S SCHEDULES

Form Created by dLEGAL
Phone (800)544-4437

__MIDDLE__ DISTRICT of __PENNSYLVANIA__

In Re. __BERLOW, BERNARD R__                Case No. __5  0004223__
__BERLOW, SARINA C__                 Chapter __THIRTEEN__
         Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.

Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.

Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED YES/NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| | | | AMOUNTS SCHEDULED | | |
| A - Real Property | Yes | 4 | 1090000 | | |
| B - Personal Property | Yes | 5 | 223677 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 844738 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 100673 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 238455 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7014 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5403 |
| Total Number of Sheets of All Schedules | | 26 | | | |
| Total Assets | | | 1313677 | | |
| Total Liabilities | | | | 1183866 | |

FORM 6.  SUMMARY OF SCHEDULES

Form Created by dLEGAL
Phone (412)342-2211

In Re. BERLOW, BERNARD R
BERLOW, SARINA C
Debtor

Case No. 5 0004223
Chapter THIRTEEN

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds any rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "H W J C"

Do not include the interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is and individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 338 COLUMBIA AVE PALMERTON, PA 18071 (DEBTORS RESIDENCE) | FEE SIMPLE | J | 155000 | 161000 |
| 120-122 LAFAYETTE AV PALMERTON, PA 18071 (2 UNIT RENTAL PROP) | FEE SIMPLE | J | 95000 | 61000 |
| 468 LEHIGH AV PALMERTON, PA 18071 (1/2 DOUBLE RENTAL) | FEE SIMPLE | J | 40000 | 39700 |
| 470 LEHIGH AV PALMERTON, PA 18071 (1/2 DOUBLE RENTAL) | FEE SIMPLE | J | 39000 | 30105 |
| 75 BEECHAY LANE PALMERTON, PA 18071 (SINGLE RENTAL) | FEE SIMPLE | J | 95000 | 78000 |
| 303 GLEN ECHO RD PHILADELPHIA, PA 19119 (ROW HOME RENTAL) | FEE SIMPLE | J | 65000 | 58000 |
| KIHEI BAY, HAWAII CONDO D241 RENTAL MAUI | FEE SIMPLE | H | 30000 | 23000 |
| 571 HAZARD RD PALMERTON, PA 18071 (1/2 DOUBLE RENTAL) | FEE SIMPLE | W | 30000 | 10934 |
| 633 HAZARD RD PALMERTON, PA 18071 (SINGLE RENTAL) | FEE SIMPLE | W | 35000 | 11096 |
| 555-561 HAZARD RD PALMERTON, PA 18071 (4 FAMILY RENTAL) | FEE SIMPLE | H | 95000 | 58000 |

Page 1                    TOTAL ->          679000

FORM 6A. SCHEDULE A - REAL PROPERTY          (Report also on Summary of Schedules)

Form Created by dLEGAL
Phone (412)342-2011

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 103242 <br><br> CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | W | 12/31/92 MORTGAGE 633 HAZARD RD PALMERTON, PA 18071 <br><br> VALUE $ 35000 | | | | 11096 | 0 |
| ACCOUNT NO. 103531 <br><br> CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | H | 07/07/93 MORTGAGE 107 W RAILROAD ST NESQUEHONING, PA <br><br> VALUE $ 35000 | | | | 10934 | 0 |
| ACCOUNT NO. 316034 <br><br> CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | H | 12/30/96 MORTGAGE 116 W RIDGE LANSFORD, PA 18232 <br><br> VALUE $ 50000 | | | | 34471 | 0 |
| ACCOUNT NO. 443267 <br><br> CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | W | 09/09/99 STOCK FTU 69 SHARES <br><br> VALUE $ 2070 | | | | 2936 | 866 |
| ACCOUNT NO. 70900741 <br><br> CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | H | 08/20/99 COMPUTER PENTIUM <br><br> VALUE $ 2000 | | | | 3740 | 1740 |

Sheet **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Claims

Subtotal (Total of this page)     63177

Total (Use only on last page) (Report total also on Summary of Schedules)

FORM 6D. SCHEDULE D (continuation)

Form Created by dLEGAL Phone (412)342-2211

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 200840054 CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | W | 11/29/97 STOCK FTU 400 <br><br> VALUE $ 12000 | | | | 29482 | 17482 |
| ACCOUNT NO. 360283614 CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | W | 10/01/99 CAR 94 HUNDAI <br><br> VALUE $ 2000 | | | | 4343 | 2343 |
| ACCOUNT NO. 3730000803 DELTA FUNDING 99 SUNNYSIDE BLVD WOODBURY, NY 11797 | | H | 09/22/98 MORTGAGE 879 EDGEMONT AV PALMERTON, PA 18071 <br><br> VALUE $ 35000 | | | | 24000 | 0 |
| ACCOUNT NO. 3730000803 DELTA FUNDING 99 SUNNYSIDE BLVD WOODBURY, NY 11797 | | H | 08/12/98 MORTGAGE 511 E BERTSCH ST LANSFORD, PA 18232 <br><br> VALUE $ 35000 | | | | 24000 | 0 |
| ACCOUNT NO. 86092 EQUITY ONE P O BOX 1627 MT LAUREL, NJ 08054 | | H | 09/28/97 MORTGAGE 555-561 HAZARD RD PALMERTON, PA 18071 <br><br> VALUE $ 95000 | | | | 57644 | 0 |

Sheet __2__ of __5__
continuation sheets attached to Schedule
of Creditors Holding Unsecured Claims

FORM 6D. SCHEDULE D (continuation)

Subtotal (Total of this page) **139469**

Total
(Use only on last page)
(Report total also on Summary of Schedules)

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 91702595 FIRST NATIONAL BANK P O BOX 217 PALMERTON, PA 18071 | | J | 04/01/93 MORTGAGE 120-122 LAFAYETTE PALMERTON,PA 18071 VALUE $ 95000 | | | | 9769 | 0 |
| ACCOUNT NO. 04100-01 FIRST NATIONAL BANK P O BOX 217 PALMERTON, PA 18071 | | J | 11/17/95 SECOND MORTGAGE 120-122 LAFAYETTE PALMERTON,PA18071 VALUE $ 85231 | | | | 51000 | 0 |
| ACCOUNT NO. 9730045/073 13 FIRST UNION MORTGAGE P O BOX 96001 CHARLOTTE, NC 28296-00 | | H | 01/01/93 MORTGAGE 153 SNOW HILL RD NORTHAMPTON,PA VALUE $ 75000 | | | | 67273 | 0 |
| ACCOUNT NO. 16415531 GE CAPITAL P O BOX 78614 PHOENIX, AZ 85062-8614 | | H | 12/31/92 MORTGAGE KIHEI BAY MAUI HI VALUE $ 30000 | | | | 22656 | 0 |
| ACCOUNT NO. 0800363111 HOMECOMINGS P O BOX 78426 PHOENIX, AZ 85062-8426 | | J | 01/20/99 2ND MORTGAGE HOME 338 COLUMBIA AV PALMERTON,PA 18071 VALUE $ 39035 | | | | 45000 | 5965 |

Sheet __3__ of __5__
continuation sheets attached to Schedule
of Creditors Holding Unsecured Claims

Subtotal (Total of this page) 195698

Total (Use only on last page) (Report total also on Summary of Schedules)

FORM 6D. SCHEDULE D (continuation)

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 080021008 HOMECOMINGS P O BOX 78426 PHOENIX, AZ 85062-8426 | | J | 09/01/95 MORTGAGE 468 LEHIGH AV PALMERTON, PA18071 VALUE $ 40000 | | | | 39700 | 0 |
| ACCOUNT NO. 1390566 HOUSEHOLD FINANCE P O BOX 7013 ANAHEIM, CA 92850-7013 | | J | 09/17/95 MORTGAGE 75 BEECHAY LN PALMERTON,PA 18071 VALUE $ 95000 | | | | 77890 | 0 |
| ACCOUNT NO. 138-9824 HOUSEHOLD FINANCE P O BOX 7013 ANAHEIM, CA 92850-7013 | | J | 09/17/95 MORTGAGE 303 GLEN ECHO RD PHILADELPHIA,PA VALUE $ 65000 | | | | 57701 | 0 |
| ACCOUNT NO. MARY DUBOSKY 520 2ND AVE #55 NEW YORK, NY 10016 | | H | 07/10/95 MORTGAGE PRIVATE 749 EDGEMONT AV PALMERTON,PA 18071 VALUE $ 36000 | | | | 36000 | 0 |
| ACCOUNT NO. 0072575988 MONEY STORE 3464 EL CAMINO SACRAMENTO, CA 95821 | | J | 09/17/95 MORTGAGE 470 LEHIGH AV PALMERTON, PA18071 VALUE $ 39000 | | | | 30105 | 0 |
| | | | Subtotal (Total of this page) | | | | 241396 | |
| | | | Total (Use only on last page) (Report total also on Summary of Schedules) | | | | | |

Sheet **4** of **5**
continuation sheets attached to Schedule
of Creditors Holding Unsecured Claims

FORM 6D. SCHEDULE D (continuation)

Form Created by dLEGAL
Phone (412)342-2211

SCHEDULE A-REAL PROPERTY Attached Sheet

Debtor Name BERLOW,BERNARD R

Case No.5 0004223

| Description and Location of Property | Nature of Debtor Interest in Property | Husb,Wife Joint or Com. | Current Market Value | Amnt/Sec Claim |
|---|---|---|---|---|
| 507 E BERTSCH LANSFORD, PA 18232 (1/2 DOUBLE RENTAL) | FEE SIMPLE | H | 35000 | 9038 |
| 749 EDGEMONT AV PALMERTON, PA 18071 (SINGLE RENTAL) | FEE SIMPLE | H | 36000 | 36000 |
| 107 W RAILROAD ST NESQUEHONING, PA 18 (1/2 DOUBLE RENTAL) | FEE SIMPLE | H | 35000 | 9645 |
| 119 W RAILROAD ST NESQUEHONING, PA 18 (ROW HOME RENTAL) | FEE SIMPLE | H | 32000 | 25000 |
| 208 HAZARD ST SUMMIT HILL, PA 18 (ROW HOME RENTAL) | FEE SIMPLE | H | 25000 | 0 |
| 879 EDGEMONT AV PALMERTON, PA 18071 (SINGLE HOME RENTAL) | FEE SIMPLE | H | 35000 | 24000 |
| WOLF CREEK, OHIO (1/3 INTEREST IN FARM) | FEE SIMPLE | H | 10000 | 0 |
| 153 SNOW HILL RD NORTHAMPTON, PA (SINGLE HOME RENTAL) | FEE SIMPLE | H | 75000 | 67300 |
| 268 LEHIGH AV PALMERTON, PA 18071 (ROW HOME RENTAL) | FEE SIMPLE | H | 35000 | 26000 |
| 116 W RIDGE AV LANSFORD, PA 18232 (STORE & LOT RENTAL) | FEE SIMPLE | H | 55000 | 48000 |

Sheet  1 of  3 Sheets

Page Total $     373000

Debtor Name BERLOW, BERNARD R                    Case No.5 0004223

| Description and Location of Property | Nature of Debtor Interest in Property | Husb,Wife Joint or Com. | Current Market Value | Amnt/Sec Claim |
|---|---|---|---|---|
| 511 E BERTSCH ST LANSFORD, PA 18232 (1/2 DOUBLE RENTAL) | FEE SIMPLE | H | 35000 | 24000 |
| TANGLWOOD TIME SHARE (2 TIME SHARES) TANGLWOOD, PA | EQUITABLE INTER EST | H | 3000 | 2840 |

Sheet  2 of  3 Sheets

Page Total $      38000

TOTAL ALL PAGES     $1,090,000

__MIDDLE__ DISTRICT of __PENNSYLVANIA__

In Re. __BERLOW, BERNARD R__

__BERLOW, SARINA C__
<br>Debtor

Case No. __5  0004223__

Chapter __THIRTEEN__

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "NONE." If additional space is required in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "H W J C". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed Exempt.

Do not include the interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | CURRENT DESCRIPTION AND LOCATION OF PROPERTY | H W J C | MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH IN POSSESSION OF DEBTORS | J | 45 |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions. Brokerage houses, or cooperatives. | | KEYSTONE SAVINGS BANK 3 0475010189 | H | 807 |
| | | KEYSTONE SAVINGS BANK 330010597 | W | 538 |
| | | KEYSTONE SAVINGS BANK 475700368 | W | 157 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and com- puter equipment. | | HOUSEHOLD FURNITURE | J | 3000 |
| 5. Books, pictures and other art objects, antiques, stamp, coin record, tape, compact disc, and other collect- ions or collectibles. | | BOOKS ART COLLECTION | J | 1000 |
| 6. Wearing apparel. | | WEARING APPAREL | J | 500 |
| 7. Furs and jewelry. | | JEWELRY | W | 50 |
| 8. Firearms and sports. Photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | MASS MUTUAL 5 7 091 116 | H | 1200 |
| | | PRUDENTIAL 20 177 263 | H | 550 |
| 10. Annuities. Itemize and name each issued. | X | | | |

FORM 6A. SCHEDULE B - PERSONAL PROPERTY

Form Created by dLEGAL
<br>Phone (412)342-2211

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DISCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | EQUIVEST<br>96 938 456 | W | 15988 |
| 12. Stock and interest in incorporated and unincorporated businesses. Itemize. | | FTU<br>469 SHARES | W | 14070 |
| 13. Interest in partnerships or joint ventures. Itemize. | | LOAN TO CLARITY FIT<br>110000 | H | 110000 |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | | ISRAEL BOND | H | 250 |
| 15. Accounts receivable. | | 2ND MORTGAGE 237 1/2 W BRTCH<br>LANSFORD, PA | H | 11000 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitles. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estates of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | | MICHAEL DUFF COURT ORDER<br><br>MICHAEL UHL COURT ORDER | H<br><br>H | 19000<br><br>6000 |
| 21. Patents, copyrights, and other general intellectual property. Give Particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM 6B. SCHEDULE B - PERSONAL PROPERTY - continuation

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 87 OLDS | W | 150 |
| | | 89 BUICK | H | 500 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | OFFICE EQUIPMENT | H | 750 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops-growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_1_ continuation sheets attached

TOTAL ->     223677

(Include amounts from any continuation sheets attached. Report total on Summary of Schedules.)

FORM 6B. SCHEDULE B - PERSONAL PROPERTY - continuation

Form Created by dLEGAL
Phone (412)342-2211

SCHEDULE B-PERSONAL PROPERTY Attached Sheet

Debtor Name BERLOW,BERNARD R

Case No.5 0004223

| Type of Property | Description and location of property | Husb,Wife Joint,Etc. | Value |
|---|---|---|---|
| 2. | CITIZEN'S NATIONAL BANK 11021144 | H | 160 |
| 2. | CANADA SAVINGS ACCOUNT | H | 500 |
| 2. | NATIONAL IRON BANK 9000-207313-7 | W | 367 |
| 12. | CLARITY FIT TECHNOLOGIES 221469 SHARES | H | 2215 |
| 12. | CLARITY FIT TECHNOLOGIES 287950 | W | 2880 |
| 12. | BBA 10 SHARES | H | 500 |
| 12. | BBA 10 SHARES | W | 500 |
| 15. | 2ND MORTGAGE BILL BARRON NESQUEHONING, PA | H | 25000 |
| 15. | COMPUTER PAT TOCCI | H | 4000 |
| 23. | 96 94 HUNDAI | H | 2000 |

In Re.  BERLOW, BERNARD R
BERLOW, SARINA C
                    Debtor

Case No. 5  0004223
Chapter THIRTEEN

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:
*(Check one box)*

☐ 11 U.S.C. §522(b)(1):   Exemption provided in 11 U.S.C. §522(d).  Note: These exemptions are available only in certain states.

☐ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process  under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| None | | | |

FORM 6C. SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Form Created by dLEGAL
Phone (412)342-2211

In Re. **BERLOW,BERNARD R**
**BERLOW, SARINA C**
<span>Debtor</span>

Case No. **5  0004223**
Chapter **THIRTEEN**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, continuation sheets will be included.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtor. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000104521 CITI FINANCIAL MORTGAG P O BOX 31513 TAMPA, FL 33631-3513 | | H | 10/17/94 MORTGAGE 119 W RAILROAD ST NESQUEHONING, PA VALUE $ 32000 | | | | 25000 | 0 |
| ACCOUNT NO. 0000104539 CITI FINANCIAL MORTGAG P O BOX 31513 TAMPA, FL 33631-3513 | | H | 10/31/94 MORTGAGE 268 LEHIGH AV PALMERTON,PA 18071 VALUE $ 35000 | | | | 26000 | 0 |
| ACCOUNT NO. 102194 CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | H | 01/22/93 MORTGAGE 507 E BERTSCH ST LANSFORD, PA 18232 VALUE $ 35000 | | | | 9038 | 0 |
| ACCOUNT NO. 103234 CITIZENS NATIONAL BANK CITIZENS NATIONAL BANK LOAN ADMINISTRATION P O BOX 195 HARLEYSVILLE, PA 19438 | | W | 12/31/92 MORTGAGE 571 HAZARD RD PALMERTON,PA 18071 VALUE $ 30000 | | | | 9645 | 0 |

_5_ Continuation sheets attached

Subtotal
(Total of this page) | 69683

Total
(Report total also on Summary of Schedules)

FORM 6D. SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17 6056734 SOVEREIGN BANK P O BOX 12646 READING, PA 19612 | | J | 12/31/92 MORTGAGE ON HOME 338 COLUMBIA AV PALMERTON, PA18071 VALUE $ 155000 | | | | 115965 | 0 |
| ACCOUNT NO. 106-40 TANGLWOOD RESORT C/O VRI P O BOX 399 HYANNIS,MA 02601-0399 | | H | 01/30/95 TIMESHARE TANGLWOOD RESORT TANGLWOOD, PA VALUE $ 1500 | | | | 1440 | 0 |
| ACCOUNT NO. 107-49 TANGLWOOD RESORT C/O VRI P O BOX 399 HYANNIS,MA 02601-0399 | | H | 01/30/95 TIMESHARE TANGLWOOD RESORT TANGLWOOD, PA VALUE $ 1500 | | | | 1400 | 0 |
| ACCOUNT NO. 116wridge William E McDonald 113 W Ridge St Lansford, PA 18232 | | H | 10/24/96 2ND MORTGAGE 116 W RIDGE AV LANSFORD, PA 18232 VALUE $ 19000 | | | | 16510 | 0 |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet  5 of  5
continuation sheets attached to Schedule
of Creditors Holding Unsecured Claims

FORM 6D. SCHEDULE D (continuation)

| | | |
|---|---|---|
| Subtotal (Total of this page) | 135315 | |
| Total (Use only on last page) (Report total also on Summary of Schedules) | 844738 | |

Form Created by dLEGAL
Phone (412)342-2211

In Re. __BERLOW, BERNARD R__
__BERLOW, SARINA C__
<sub>Debtor</sub>

Case No. __5  0004223__

Chapter __THIRTEEN__

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtor. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule E

### TYPES OF PRIORITY
(Check the appropriate box[es] below if claims in that category are listed on the attached sheets)

☐ EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief. 11 U.S.C. § 507(a)(2).

☐ WAGES, SALARIES, AND COMMISSIONS
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4,000 per employee, earned within 90 days immediately preceding the filing of the or petition, or cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS
   Money owed employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C § 507(a)(4).

☐ CERTAIN FARMERS AND FISHERMAN
   Claims of certain farmers and fishermen, up to a maximum to $4,000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ DEPOSITS BY INDIVIDUALS
   Claims of individuals up to a maximum of $1800 for deposits for the purchase, lease, or rental of property or services for personal family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ ALIMONY, MAINTAINENANCE, OR SUPPORT
   Claims of a spouse, former spouse, or child of the debtor for alimony, Maintainenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units set forth in 11 U.S.C. § 507(a)(8).

☐ COMMITMENTS TO MAINTAINEN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION
   Claims based on commetments to the FDIC, RTC Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or thier predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

_____5_____ Continuation sheets attached

FORM 6E. SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Form Created by dLEGAL
Phone (800)544-4437

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)
## Taxes and Certain Other Debts Owed to Government Units.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | Type of Priority | | | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | |
| ACCOUNT NO. 00474 <br> BOROUGH OF LANSFORD <br> 1 W RIDGE ST <br> LANSFORD, PA 18232 | | H | 03/31/00 <br> SANITATION BILL | | | | 336 | 336 |
| ACCOUNT NO. 10- 268-01 <br> BOROUGH OF PALMERTON <br> 443 DELAWARE AV <br> PALMERTON, PA 18071 | | H | 06/02/00 <br> SEWER | | | | 749 | 749 |
| ACCOUNT NO. 10 468-01 <br> BOROUGH OF PALMERTON <br> 443 DELAWARE AV <br> PALMERTON, PA 18071 | | H | 06/02/00 <br> SEWER | | | | 749 | 749 |
| ACCOUNT NO. 10 - 470-01 <br> BOROUGH OF PALMERTON <br> 443 DELAWARE AV <br> PALMERTON, PA 18071 | | H | 06/02/00 <br> SEWER | | | | 749 | 749 |
| ACCOUNT NO. 14 -338-01 <br> BOROUGH OF PALMERTON <br> 443 DELAWARE AV <br> PALMERTON, PA 18071 | | J | 06/02/00 <br> SEWER | | | | 749 | 749 |

Sheet **1** of **5** sheets attached to Schedule of Creditors.

FORM 6E. SCHEDULE E (continuation)

Subtotal
(Total of this page)  **3332**

Total
(Use only on last page)
(Report total also on Summary of Schedules)

Form Created by dLEGAL
Phone (800)544-4437

In Re. **BERLOW, BERNARD R**
                DEBTOR

Case No. 5  0004223
                        (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)
## Taxes and Certain Other Debts Owed to Government Units.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | Type of Priority | | | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | | | CONTINGENT | UNLIQUIDATED | DISPUTED | | |
| ACCOUNT NO.  13 -  122---01 <br> BOROUGH OF PALMERTON <br> 443 DELAWARE AV <br> PALMERTON, PA 18071 | | J | 06/02/00 <br> SEWER | | | | 665 | 665 |
| ACCOUNT NO.  105B1-42-M12/562 <br> CARBON COUNTY TAX CLAI <br> COURTHOUSE ANNEX <br> P O BOX 37 <br> JIM THORPE, PA 18229 | | H | 09/09/99 <br> REAL ESTATE TAXES | | | | 1988 | 1988 |
| ACCOUNT NO.  42A-49-A-28/553 <br> CARBON COUNTY TAX CLAI <br> COURTHOUSE ANNEX <br> P O BOX 37 <br> JIM THORPE, PA 18229 | | W | 09/21/99 <br> REAL ESTATE TAX | | | | 1299 | 1299 |
| ACCOUNT NO.  42A-49-D-6/553- <br> CARBON COUNTY TAX CLAI <br> COURTHOUSE ANNEX <br> P O BOX 37 <br> JIM THORPE, PA 18229 | | W | 09/21/99 <br> REAL ESTATE TAX | | | | 1511 | 1511 |
| ACCOUNT NO.  42A-48-J43/575 <br> CARBON COUNTY TAX CLAI <br> COURTHOUSE ANNEX <br> P O BOX 37 <br> JIM THORPE, PA 18229 | | H | 09/21/99 <br> REAL ESTATE TAX | | | | 1582 | 1582 |

Sheet  2  of  5
sheets attached to
Schedule of Creditors.

FORM 6E. SCHEDULE E (continuation)

Subtotal
(Total of this page)  **7045**

Total
(Use only on last page)
(Report total also on Summary of Schedules)

Form Created by dLEGAL
Phone (600)544-4407

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)
### Taxes and Certain Other Debts Owed to Government Units.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42A-48-F30.01/46 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 1329 | 1329 |
| ACCOUNT NO. 42A-48-F30/454-5 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 1338 | 1338 |
| ACCOUNT NO. 42A-48-Q-51/452- CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | J | 09/21/99 REAL ESTATE TAX | | | | 3985 | 3985 |
| ACCOUNT NO. 42A-48-B-22/23- CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | J | 09/21/99 REAL ESTATE TAX | | | | 2389 | 2389 |
| ACCOUNT NO. 115A-54-G31/576- CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 1183 | 1183 |

Sheet 3 of 5
sheets attached to
Schedule of Creditors.

Subtotal
(Total of this page)  10224

Total
(Use only on last page)
(Report total also on Summary of Schedules)

FORM 6E. SCHEDULE E (continuation)

Form Created by dLEGAL
Phone: 800/544-4037

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)
### Taxes and Certain Other Debts Owed to Government Units.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 122A4-22-K43/602 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 798 | 798 |
| ACCOUNT NO. 122A4-22-K45/557 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 1504 | 1504 |
| ACCOUNT NO. 122A2-24-N21+02 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 7539 | 7539 |
| ACCOUNT NO. RD 1 75 BEECHAY CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | J | 09/21/99 REAL ESTATE TAX | | | | 4072 | 4072 |
| ACCOUNT NO. 879 EDGE CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 649 | 649 |

Sheet 4 of 5 sheets attached to Schedule of Creditors.

Subtotal
(Total of this page) 14562

Total
(Use only on last page)
(Report total also on Summary of Schedules)

FORM 6E. SCHEDULE E (continuation)

Form Created by eLEGAL
Phone (800)444-4497

In Re. **BERLOW, BERNARD R**
_____
DEBTOR

Case No. 5 0004223
_____
(if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)
## Taxes and Certain Other Debts Owed to Government Units.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 555-561 CARBON COUNTY TAX CLAI COURTHOUSE ANNEX P O BOX 37 JIM THORPE, PA 18229 | | H | 09/21/99 REAL ESTATE TAX | | | | 2167 | 2167 |
| ACCOUNT NO. 22-3-170400 CITY OF PHILADELPHIA P O BOX 8409 PHILADELPHIA, PA 19101 | | J | 05/31/98 REAL ESTATE TAX | | | | 4459 | 4459 |
| ACCOUNT NO. K42828674-356 NORTHAMPTON COUNTY TAX CLAIM BUREAU 669 WASHINGTON ST EASTON, PA 18042-7482 | | H | 09/21/99 REAL ESTATE TAX | | | | 1789 | 1789 |
| ACCOUNT NO. 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 SALLIEMAESERVICING P O BOX 9500 WILKES BARRE PA 18773- | | H | 08/01/98 STUDENT LOAN | | | | 57095 | 57095 |
| ACCOUNT NO. | | | | | | | | |

Sheet  5  of  5
sheets attached to
Schedule of Creditors.

FORM 6E. SCHEDULE E (continuation)

Subtotal
(Total of this page)    65510

Total
(Use only on last page)
(Report total also on Summary of Schedules)    100673

Form Created by eLEGAL
Phone (800)444-4400

__MIDDLE__ DISTRICT of __PENNSYLVANIA__

In Re. __BERLOW, BERNARD R__

__BERLOW, SARINA C__
Debtor

Case No. 5  0004223

Chapter __THIRTEEN__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheets provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtor. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SET-OFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 977200010038577 <br><br> AMERICAN EXPRESS CNT B <br> P O BOX 30379 <br> SALT LAKE CITY, UTAH 8 | | | 06/14/00 <br> LOAN | | | | 9689 |
| ACCOUNT NO. 4356180031073762 <br><br> BANK OF AMERICA <br> P O BOX 85350 <br> LOUISVILLE, KY 85350 | | H | 05/18/00 <br> LOAN | | | | 11459 |
| ACCOUNT NO. 5342180031040062 <br><br> BANK OF AMERICA <br> P O BOX 85350 <br> LOUISVILLE, KY 85350 | | H | 05/18/00 <br> LOAN | | | | 9451 |
| ACCOUNT NO. 2595379690 <br><br> CHASE BANK <br> P O BOX 15583 <br> WILMINGTON, DE 19886-1 | | H | 05/18/00 <br> LOAN | | | | 9653 |

__4__  Continuation sheets attached

Subtotal
(Total of this page) | 40252

Total
(Use only on last page)
(Report total also on Summary of Schedules)

FORM 6F. SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4128003488455 <br><br> CITI BANK <br> OSI COLLECTIONS <br> P O BOX 8800 <br> JACKSON, FL 32239-0800 | | J | 04/18/00 <br> LOAN | | | | 5265 |
| ACCOUNT NO. 4128003206992961 <br><br> CITI BANK <br> OSI COLLECTIONS <br> P O BOX 8800 <br> JACKSON, FL 32239-0800 | | H | 05/18/00 <br> LOAN | | | | 5265 |
| ACCOUNT NO. 4059042011316084 <br><br> CITI BANK MELLON <br> CREDIT CARD PROCESSING <br> P O BOX 6273 <br> SIOUX FALLS, SD 57117- | | H | 05/18/00 <br> LOAN | | | | 7486 |
| ACCOUNT NO. 4121638500072700 <br><br> CITIZEN'S NATIONAL BAN <br> VISA <br> P O BOX 147 <br> GRAND RAPIDS, MI 49501 | | H | 05/18/00 <br> LOAN | | | | 3171 |
| ACCOUNT NO. 555HAZARD <br><br> COSTENBADER, JOHN <br> 401 LEHIGH AVE <br> PALMERTON, PA 18071 | | H | 07/01/96 <br> 555 561 HAZARD | | | | 53561 |

Sheet __1__ of __4__
continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

FORM 6F. SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (continuation)

Subtotal (Total of this page)   74748

Total (Use only on last page) (Report total also on Summary of Schedules)

Form Created by dLEGAL
Phone (412)342-2211

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011002300225059 DISCOVER P O BOX 6000 DOVER, DE 19903-6000 | | H | 05/18/00 LOAN | | | | 8170 |
| ACCOUNT NO. 4262511404651 FIRST USA BANK P O BOX 15153 WILMINGTON, DE 19886-5 | | H | 05/18/00 LOAN | | | | 4799 |
| ACCOUNT NO. KISS KISS, ELENOR MAHONING VALLEY NURSIN 397 HEMLOCK DR LEHIGHTON, PA 18235 | | H | 11/15/96 PROMISSORY NOTE | | | | 31042 |
| ACCOUNT NO. 4313081643077633 MBNA P O BOX 15137 WILMINGTON, DE 19886-5 | | H | 05/18/00 LOAN | | | | 14695 |
| ACCOUNT NO. 4264298154043387 MBNA P O BOX 15137 WILMINGTON, DE 19886-5 | | H | 05/18/00 LOAN | | | | 4472 |

Sheet __2__ of __4__
continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

FORM 6F. SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (continuation)

Subtotal
(Total of this page)

Total
(Use only on last page)
(Report total also on Summary of Schedules)

63178

Form Created by dLEGAL
Phone (412)342-2211

In Re. BERLOW, BERNARD R
_____
            DEBTOR

Case No. 5 0004223
            (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4800120010034496<br><br>MBNA<br>P O BOX 15137<br>WILMINGTON, DE 19886-5 | | H | 05/18/00<br>LOAN | | | | 11988 |
| ACCOUNT NO. 5329041500074213<br><br>MBNA<br>P O BOX 15137<br>WILMINGTON, DE 19886-5 | | H | LOAN | | | | 10115 |
| ACCOUNT NO. 4436003000915835<br><br>NATIONAL CITY CARD<br>P O BOX 85440<br>LOUISVILLE, KY 40285-5 | | H | 05/18/00<br>LOAN | | | | 5609 |
| ACCOUNT NO. 5222021703545431<br><br>NATIONAL CITY CARD<br>P O BOX 85440<br>LOUISVILLE, KY 40285-5 | | H | 05/18/00<br>LOAN | | | | 5504 |
| ACCOUNT NO. 11-044010008003<br><br>PNC<br>P O BOX 747024<br>PITTSBURGH, PA 15274-7 | | H | 05/18/00<br>LOAN | | | | 18192 |

Sheet __3__ of __4__
continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

FORM 6F. SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (continuation)

Subtotal
(Total of this page)    51408

Total
(Use only on last page)
(Report total also on Summary of Schedules)

Form Created by dLEGAL
Phone (412)342-2211

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OR PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5308935100005545 TRAVELERS BANK P O BOX 15109 WILMINGTON, DE 19850-5 | | H | 05/18/00 LOAN | | | | 8869 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet **4** of **4**
continuation sheets attached to Schedule
of Creditors Holding Unsecured Nonpriority Claims

FORM 6F. SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (continuation)

Form Created by dLEGAL
Phone (412)342-2211

Subtotal
(Total of this page)    8869

Total
(Use only on last page)
(Report total also on Summary of Schedules)    238455

**MIDDLE** DISTRICT of **PENNSYLVANIA**

In Re. **BERLOW, BERNARD R**
**BERLOW, SARINA C**
Debtor

Case No. 5 0004223

Chapter **THIRTEEN**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEBTOR MARITAL STATUS: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAME | AGE | RELATIONSHIP |
| MARRIED | YOSEF BERLOW | 21 | SON |
| | NOAH BERLOW | 18 | SON |
| | BENJAMIN BERLOW | 16 | SON |

| EMPLOYMENT | | |
|---|---|---|
| | DEBTOR | SPOUSE |
| Occupation | COMPUTER CONSULTANT | DIRECTOR OF ADULT PROGRAMS |
| Name of Employer | INDEPENDENT BLUE CROSS | JEWISH COMMUNITY CENTER 23-0734200 |
| How long employed | | |
| Address of employer | 1901 MARKET ST PHILADELPHIA, PA | 702 N 22ND ST ALLENTOWN, PA 18104 |

INCOME: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 6300 | $ 2417 |
| Estimated monthly overtime | $ 0 | $ 0 |
| SUBTOTAL | $ 6300 | $ 2417 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | $ 1090 | $ 462 |
| c. Union Dues | $ 0 | $ 59 |
| d. Other (specify) 125-$100+RETIRE $150+CONT $9   *250* | $ 0 | $ 0 |
| | $ | $ 259 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1090 | $ 780 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 5210 | $ 1637 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 100 | $ |
| Income from real property | | |
| Interest and dividends | $ 50 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 17 | $ |
| Social security or other government assistance (Specify) | $ 0 | $ |
| Pension or retirement income | $ 0 | $ |
| Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ 5377 | $ 1637 |

TOTAL COMBINED MONTHLY INCOME      $    7014

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM 6I. SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

In Re. BERLOW, BERNARD R
BERLOW, SARINA C
         Debtor

Case No. 5 0004223
Chapter THIRTEEN

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 1483 |
|     Are real estate taxes included? ☐ Yes  X No | | |
|     Is property insurance included? ☐ Yes  X No | | |
| Utilities: Electricity and heating fuel | | $ 770 |
|     Water and sewer | | $ 30 |
|     Telephone | | $ 159 |
|     Other | | $ |
| Home maintenance (repairs and upkeep) | | $ 90 |
| Food | | $ 658 |
| Clothing | | $ 50 |
| Laundry and dry cleaning | | $ 10 |
| Medical and dental expenses | | $ 10 |
| Transportation (not including car payments) | | $ 160 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 35 |
| Charitable contributions | | $ 100 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | | $ 45 |
|     Life | | $ 879 |
|     Health | | $ 0 |
|     Auto | | $ 268 |
|     Other REAL ESTATE | | $ 180 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify STUDENT PLUS LOAN | | $ 250 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | | $ 226 |
|     Other | | $ |
|     Other | | $ |
| Alimony, maintenance, and support paid to others | | $ |
| Payments for support of additional dependents not living at your home | | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ |
| Other | | $ |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 5403

(FOR CHAPTER 12 AND 13 DEBTORS:)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income            $
B. Total projected monthly expenses        $
C. Excess income (A minus B)            $
D. Total amount to be paid into plan each (interval)  $

Form Created by eLEGAL
Phone (412) 342-0011

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on November 29, 2000.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) and address):<br>BERLOW, BERNARD R<br><br>338 COLUMBIA AVE<br>PO BOX 318<br>PALMERTON, PA 18071 | BERLOW, SARINA C<br><br>338 COLUMBIA AVE<br>PO BOX 318<br>PALMERTON, PA 18071 |
| Case Number:<br>00-04223-JJT | Social Security/Taxpayer ID Nos.:<br>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<br>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 |
| Attorney for Debtor(s) (name and address):<br>Pro Se<br><br><br>Telephone number: | Bankruptcy Trustee (name and address):<br>CHARLES J. DEHART, III, ESQ<br>PO BOX 410<br>HUMMELSTOWN, PA 17036<br>Telephone number: (717) 566-6097 |

### Meeting of Creditors

Date:     **March 19, 2001**          Time:      **12:00 P.M.**

Location:     **Genetti Hotel, 77 E. Market Street, Wilkes-Barre, PA**

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:

#### PROOF OF CLAIM FORM IS INCLUDED

**All creditors who file proof of claim MUST serve a true copy of said claim
upon the Chapter 13 Trustee CHARLES J. DEHART, III, ESQ at the above address**

For all creditors (except a governmental unit): June 18, 2001          For a governmental unit: June 18, 2001

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors

#### Filing of Plan, Hearing on Confirmation of Plan

OBJECTIONS TO THE PLAN. Objections to the plan must be filed within fifteen (15) days after the §341 (a) meeting has been held. A copy of the proposed plan (or summary) is included. Any objections filed to the plan that are not settled will be set for hearing. If no objections are filed, the court may enter an order confirming plan.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>Room 274<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | For the Court:<br><br>Clerk of the Bankruptcy Court:<br>Arlene Byers |
| Hours Open:<br>8:00 a.m. - 5:00 p.m. | Date:<br>February 22, 2001 |

005301

IN RE: BERNARD R. BERLOW and
SARINA C. BERLOW,
                                        Debtors

Soc. Sec. No. 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

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
THE MIDDLE DISTRICT
OF PENNSYLVANIA

Case Number: 5-00-04223

Chapter 13

5-00-04223

FILED
WILKES-BARRE, PA
2001 JAN 25 PM 3:56
CLERK U.S. BANKRUPTCY COURT

## CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee. The debtor shall pay to the Trustee the sum of $1,601.00 monthly for a period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a)     <u>Administrative Expenses</u>.

        To Charles J. DeHart, III, Esq., Trustee - 10% of all disbursements.

(b)     <u>Unsecured Claims</u>.

        The remaining funds shall be paid under the Plan in satisfaction of claims of unsecured creditors.

(c)     <u>Secured Claims</u>.

        Debtors propose to pay the mortgages encumbering their residence outside of the plan. Debtors also propose to liquidate their rental real estate and pay the holders of the secured claims thereon in full. In the meantime, Debtors will pay the current secured loans on said properties, as well as the real estate taxes and insurance on same, out of the rental income therefrom, all of which will be paid outside of the plan.

3. The following executory contracts of the debtor are hereby rejected: None.

4. Title to the debtor's property shall revest in the debtor upon confirmation of the plan pursuant to 11 U.S.C. Sec. 350.

Dated:  1/25/01                    _Bernard Berlow_
                                            Debtor

                                   _Sarina Berlow_
                                            Debtor

O1

FORM B10 (Official Form 10)(4/98)

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF PENNSYLVANIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>BERLOW, BERNARD R<br>BERLOW, SARINA C | Case Number<br>00-04223-JJT |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>BERLOW, SARINA C<br>Name and Address where notices should be sent:<br><br>BERLOW, SARINA C<br>P O BOX 318<br>125 DELAWARE AV<br>PALMERTON, PA 18071<br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: ___ ___ ___<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)      (date) |
|---|---|

| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $_____<br><br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN RE: BERNARD R. BERLOW and : IN THE UNITED STATES
    SARINA C. BERLOW, : BANKRUPTCY COURT FOR THE
             Debtors : THE MIDDLE DISTRICT
                   : OF PENNSYLVANIA
                   :
                   : Case Number: 5-00-04223
                   :
Soc. Sec. No. 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 : Chapter 13

## CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee. The debtor shall pay to the Trustee the sum of $1,691.00 monthly for a period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a) <u>Administrative Expenses</u>.

    To Charles J. DeHart, III, Esq., Trustee - 10% of all disbursements.

(b) <u>Unsecured Claims</u>.

    The remaining funds shall be paid under the Plan in satisfaction of claims of unsecured creditors.

(c) <u>Secured Claims</u>.

    Debtors propose to pay the mortgages encumbering their residence outside of the plan. Debtors also propose to liquidate their rental real estate and pay the holders of the secured claims thereon in full. In the meantime, Debtors will pay the current secured loans on said properties, as well as the real estate taxes and insurance on same, out of the rental income therefrom, all of which will be paid outside of the plan.

3. The following executory contracts of the debtor are hereby rejected: None.

4. Title to the debtor's property shall revest in the debtor upon confirmation of the plan pursuant to 11 U.S.C. Sec. 350.

Dated: 1/25/01

                                  _____
                                        Debtor

                                  _____
                                        Debtor

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>BERLOW, BERNARD R<br>BERLOW, SARINA C | Case Number<br>00-04223-JJT |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>BERLOW, SARINA C<br>Name and Address where notices should be sent:<br><br>BERLOW, SARINA C<br>338 COLUMBIA AVE<br>PO BOX 318<br>PALMERTON, PA 18071<br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 00-04223-JJT<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated _____ |
|---|---|

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: _____ ____ _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>       (date)         (date) |
|---|---|

| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>  ☐ Real Estate ☐ Motor Vehicle<br>  ☐ Other_____<br><br>Value of Collateral: $_____<br><br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN RE: BERNARD R. BERLOW and
SARINA C. BERLOW,
                              Debtors


Soc. Sec. No. 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

:
:
:
:
:
:
:
:
:
:
:

IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
THE MIDDLE DISTRICT
OF PENNSYLVANIA

Case Number: 5-00-04223

Chapter 13

## CHAPTER 13 PLAN

1. The future earnings of the debtor are submitted to the supervision and control of the Trustee. The debtor shall pay to the Trustee the sum of $1,631.00 monthly for a period of thirty-six (36) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a)   Administrative Expenses.

To Charles J. DeHart, III, Esq., Trustee - 10% of all disbursements.

(b)   Unsecured Claims.

The remaining funds shall be paid under the Plan in satisfaction of claims of unsecured creditors.

(c)   Secured Claims.

Debtors propose to pay the mortgages encumbering their residence outside of the plan. Debtors also propose to liquidate their rental real estate and pay the holders of the secured claims thereon in full. In the meantime, Debtors will pay the current secured loans on said properties, as well as the real estate taxes and insurance on same, out of the rental income therefrom, all of which will be paid outside of the plan.

3. The following executory contracts of the debtor are hereby rejected: None.

4. Title to the debtor's property shall revest in the debtor upon confirmation of the plan pursuant to 11 U.S.C. Sec. 350.

Dated: ___1/25/01___

___Bernard Berlow___
                    Debtor

___Sarina C. Berlow___
                    Debtor

MESSAGES ON ANSWER MACHINE – DECEMBER 30, 2003

PAUL BROWN – 505-235-5490 - PRINCIPAL FINANCIAL IN REGARD TO JANICE POMANTE. IN REGARD TO CHECK #587 FOR $1511.62 WE TRIED TO CASH IT TWICE. PLEASE SEND NEW CHECK. THE INSURANCE CARRIER IS ALL STATE, AND THEIR TELEPHONE NUMBER IS 610-791-9800 AND IS POLICY NUMBER 901120405

KATHY GIFFORD – 610-706-0832 - IN REGARD TO MY REQUEST TO SELL MY HOUSE.. WE HAVE AN OFFER AND NEED TO KNOW WHEN WE COULD ARRANGE A SETTLEMENT.

JANICE POMANTE – CALLING ABOUT INSURANCE. WILL YOU PLEASE GIVE ME YOUR FAX NUMBER AND WILL FAX IT OVER TO YOU.